IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Quantis Pinckney, | ) | C/A No.: 1:11-3466-RMG-SVH |
| Petitioner, | ) ) ) | |
| vs. | ) ) | ORDER |
| Michael McCall, Warden, | ) ) ) | |
| Respondent. | ) ) | |

Petitioner, proceeding *pro se* and in forma pauperis, filed this petition seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter comes before the court upon Petitioner's motion for subpoena [Entry #37]. Pursuant to the provisions of 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), all pretrial proceedings have been referred to the undersigned.

Petitioner's motion asks the court to complete and issue a subpoena compelling his state criminal defense attorney, Charlie J. Johnson, Jr. ("Johnson"), to provide him with his complete case file. Petitioner further asks the court to determine Attorney Johnson's current address for the subpoena. The court finds that a subpoena is not the proper vehicle for Petitioner to obtain his case file from his former attorney, therefore, Petitioner's motion for subpoena [Entry #37] is denied.

IT IS SO ORDERED.

*Shiva V. Hodges*

April 16, 2012
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge